IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:20-cr-00233 |
| Plaintiff, ) | |
| v. ) | Senior Judge Christopher A. Boyko |
| COREY L. SANDERS, ) | |
| Defendant. ) | ORDER |

This matter was before the Court on February 4, 2022, for hearing on the Government's request for revocation of Defendant Corey L. Sanders' supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate JudgeWilliam H. Baughman, Jr. on January 4, 2022, at which time the Defendant was found probable cause set forth on the record to the following violations: Violation number 1: Aggravated Assault and Violation number 2: Having Weapons Under Disability.

The Magistrate Judge issued a Report and Recommendation on January 5, 2022.  The Court adopts the Magistrate Judge's Report and Recommendation.

The Court finds Defendant in violation of Violation No. 1 and 2, and revokes supervised release. The Defendant sentenced to custody of the Bureau of Prisons for 24 months with 12 months to run consecutively in Cuyahoga County Common Pleas CR-20-650115-A, 2 years supervision to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

                                                s/ Christopher A. Boyko

DATED: February 28, 2022       CHRISTOPHER A. BOYKO
                                            SENIOR UNITED STATES DISTRICT JUDGE